**Opinion issued June 26, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00337-CV**

———————————

**IN RE LAURA MAYER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Laura Mayer has filed a petition for writ of mandamus, requesting that we compel the trial court to vacate its November 15, 2025 "Order Appointing Temporary Administrator."[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Estate of Sylvia Mayer*, cause number 522216, pending in Probate Court No. 1 of Harris County, the Honorable Jerry W. Simoneaux presiding.